**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LAVOSHAI MAIBEN,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION 1:19-00053-KD-B** |
| | ) | |
| **SOCIAL SECURITY ADMINISTRATION,** | ) | |
| **Defendant.** | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge dated February 5, 2020 is **ADOPTED** as the opinion of this Court.

As such, it is **ORDERED** that this action is **DISMISSED** without prejudice due to Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** and **ORDERED** this the **2nd** day of **March 2020.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**